**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1690

REGINA BOSTON,

              Plaintiff - Appellant,

         v.

DIVERSE FUNDING ASSOCIATES, LLC,

              Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:12-cv-00681-GCM)

Submitted:  September 24, 2013      Decided:  September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Regina Boston, Appellant Pro Se.  Caren D. Enloe, MORRIS MANNING
& MARTIN, LLP, Research Triangle Park, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina Boston appeals the district court's order dismissing her complaint, in which she alleged violations of the Fair Credit Reporting Act, for failing to state a claim and the court's order imposing a sanction against Boston. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boston v. Diverse Funding Assocs., LLC, No. 3:12-cv-00681-GCM (W.D.N.C. Apr. 26, 2013; May 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED